The following constitutes
the order of the court. Signed March 29, 2018

*M. Elaine Hammond*
_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

In re

Jeffery Layne Wyatt,

                Debtor.

Case No. 17-52022 MEH

Chapter 11

Date: March 29, 2018
Time: 10:30 a.m.
Ctrm: 3020 (San Jose)

### ORDER TENTATIVELY APPROVING DISCLOSURES IN COMBINED PLAN AND DISCLOSURE STATEMENT

A combined plan (the "Plan") and disclosure statement (the "Disclosure Statement") (together the "Plan/DS"), dated February 20, 2018, having been filed by Jeffery Layne Wyatt ("Debtor") on February 20, 2018, and a hearing on tentative approval of the Disclosure Statement having occurred on March 29, 2018, it is hereby ordered that

    A.    The Disclosure Statement is tentatively approved.

    B.    No later than April 5, 2018, Debtor shall serve the Plan/DS, a copy of this order, and a ballot conforming to Official Form B314 on all creditors, the United States Trustee and other parties in interest.

    C.    Written ballots accepting or rejecting the Plan must be submitted and received by May 10, 2018. Ballots should be sent to the following address: David S. Henshaw, Henshaw Law Office, 1871 The Alameda #333, San Jose, CA 95126.

UNITED STATES BANKRUPTCY COURT
for the Northern District of California

D.   Written objections to the Disclosure Statement or to confirmation of the Plan must be filed and served by May 10, 2018.

E.   The hearing on final approval of the Disclosure Statement and on confirmation of the Plan will occur on May 17, 2018 at 10:30 a.m. in Courtroom 3020, 280 South First Street, San Jose, California.  If any objections to the Disclosure Statement or to confirmation of the Plan place disputed facts at issue, the hearing will also be a status conference to set a schedule for resolution of those factual disputes.

***END OF ORDER***

COURT SERVICE LIST

**Via ECF:**

All ECF Recipients