David S. Henshaw SBN 271226
HENSHAW LAW OFFICE
1871 The Alameda, Suite 333
San Jose, CA 95126
(408) 533-1075
(408) 583-4016 FAX

Attorney for Debtor in Possession
JEFFERY LAYNE WYATT

The following constitutes
the order of the court. Signed April 5, 2018

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>JEFFERY LAYNE WYATT,<br><br>    Debtor in Possession.<br><br>_____ | Case No. 17-52022 MEH<br><br>Chapter 11<br><br>**ORDER APPROVING APPLICATION TO EMPLOY COUNSEL** |

    Having considered the Application to Employ Counsel (the "Application") of Debtor JEFFERY LAYNE WYATT ("Debtor"), and the Declaration of Anthony J. Keiley, III in Support of the Application,

    IT IS HEREBY ORDERED that Debtor is authorized to employ Anthony J. Keiley, III as Debtor's litigation counsel related to Debtor's claims against Duc Development, Inc. in the above-captioned Chapter 11 case.

**END OF ORDER**

COURT SERVICE LIST