Gregory P. Campbell (SBN 281732)
gcampbell@aldridgepite.com
Gilbert R. Yabes (SBN 267388)
gyabes@aldridgepite.com
**ALDRIDGE PITE, LLP**
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for Citibank, N.A., as trustee for
CMLTI Asset Trust

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re | Case No. 17-52022-MEH |
| JEFFREY LAYNE WYATT, | Chapter 11 |
| Debtor. | **OBJECTION TO CONFIRMATION OF DEBTOR'S THIRD AMENDED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (FEBRUARY 20, 2018)** |
| | <u>**Subject Property**</u>: 2194 White Sands Drive South Lake Tahoe, California 96150 |
| | <u>**Hearing:**</u> Date: May 17, 2018 Time: 10:30 a.m. Ctrm: 3020 |

Citibank, N.A., as trustee for CMLTI Asset Trust[1] ("<u>Creditor</u>"), secured creditor of the above-entitled Debtor, Jeffrey Layne Wyatt ("<u>Debtor</u>") hereby submits its Objection to Approval of First Amended Disclosure Statement ("<u>Objection</u>"). The basis of the Objection is stated below:

---

[1] This Objection shall not constitute a waiver of the within party's right to receive service pursuant to Fed. R. Civ. P. 4, made applicable to this proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in this proceeding. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in this proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004.

- 1 -    Case No. 17-52022-MEH

**OBJECTION TO CONFIRMATION OF DEBTOR'S THIRD AMENDED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (FEBRUARY 20, 2018)**

# I.

## STATEMENT OF FACTS[2]

***Creditor's Claim:***

On February 7, 2006, Debtor, Jeffrey L. Wyatt, Robert Bradley Fredrickson and 3616 Associates, LLC, A California Limited Liability Company through Member, Jeffrey L. Wyatt (collectively the "Borrowers"), executed an Adjustable Rate Mortgage Note in the principal sum of $1,607,000.00 (the "Note"), which was made payable to Washington Mutual Bank, FA ("Lender"). (*See* Claim No. 3).

The Note is secured by a deed of trust (the "Deed of Trust") encumbering the real property located at 2194 White Sands Drive, South Lake Tahoe, California 96150 ("Subject Property").[3] The Deed of Trust reflects that it was duly recorded. (*See* Claim No. 3).

Thereafter, Lender's beneficial interest in the loan was assigned and transferred to Creditor.

***The Bankruptcy Proceedings:***

On August 22, 2017, Debtor filed a voluntary petition under Chapter 11 of the Bankruptcy Code in the Northern District of California – San Jose Division and was assigned bankruptcy case number 17-52022. (*See* Dkt No. 1).

On October 17, 2017, Creditor filed its Proof of Claim listing a secured claim of $2,525,514.50, including pre-petition arrears of $15,491.52. (*See* Claim No. 3).

On February 20, 2018, the Debtor filed his Third Amended Combined Plan of Reorganization and Disclosure Statement ("Plan"). Pursuant to the Plan, the Debtor will pay Creditor the entire amount contractually due by making all post-confirmation regular payments and by paying all pre-confirmation arrears with interest over 60 months. The Plan estimates the pre-confirmation arrears to be in the amount of $20,000.00 and paid in monthly payments of $333.33.

---

[2] Pursuant to Rules 201(b) and 201(d) of the Federal Rules of Evidence, which are made applicable to this proceeding by Rule 9017 of Federal Rules of Bankruptcy Procedure, Creditor requests that the Court take judicial notice of the sworn bankruptcy schedules and other relevant documents filed in the instant case.
[3] The Note and Deed of Trust are collectively referred to herein as the "Subject Loan."

**OBJECTION TO CONFIRMATION OF DEBTOR'S THIRD AMENDED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (FEBRUARY 20, 2018)**

Creditor now objects to the confirmation of Debtor's Plan in that it fails to provide for the correct amount of arrears owed to Creditor. As of May 8, 2018, the correct amount of pre-confirmation arrears owed to Creditor are $44,171.96, which includes the May 1, 2018 payment.

## II.

## ARGUMENT

**A.  THE DEBTOR'S PLAN PROVIDES FOR AN INACCURATE AMOUNT OF PRE-CONFIRMATION ARREARS OWED TO CREDITOR**

As previously discussed, the Debtor's Plan provides that Debtor will pay Creditor the entire amount contractually due by making all post-confirmation regular payments and by paying all pre-confirmation arrears with interest over 60 months. The Plan estimates the pre-confirmation arrears to be in the amount of $20,000.00 and paid in monthly payments of $333.33. However, as of May 8, 2018, the amount of pre-confirmation arrears owed to Creditor is in the amount of $44,171.96, which includes the May 1, 2018 payments. Based on the foregoing, confirmation of the Debtor's Plan should be denied or alternatively, be amended to provide for the correct amount of pre-confirmation arrears owed to Creditor.

WHEREFORE, Creditor respectfully requests:

1.  That confirmation of Debtor's Combined Plan of Reorganization and Disclosure Statement be denied;

2.  Alternatively, that the Plan be amended to fully provide for Creditor's arrears; and

3.  For such other and further relief as this Court deems just and proper.

Respectfully submitted,

ALDRIDGE PITE, LLP

Dated: May 10, 2018

/s/ *Gilbert R. Yabes*
GILBERT R. YABES (CA SBN 267388)
Attorneys for Citibank, N.A., as trustee for CMLTI Asset Trust

OBJECTION TO CONFIRMATION OF DEBTOR'S THIRD AMENDED COMBINED PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT (FEBRUARY 20, 2018)