David S. Henshaw SBN 271226
HENSHAW LAW OFFICE
1871 The Alameda
Suite 333
San Jose, CA 95126
(408) 533-1075
(408) 583-4016 Fax

Attorney for Debtor in Possession
JEFFERY LAYNE WYATT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>JEFFERY LAYNE WYATT,<br><br>   Debtor in Possession. | Case No. 17-52022 MEH<br><br>Chapter 11<br><br>**STATUS CONFERENCE STATEMENT**<br><br>Date: May 17, 2018<br>Time: 10:30 a.m.<br>Place: 280 S, First Street, Courtroom 3020<br>      San Jose, CA 95113<br><br>Judge: Honorable M. Elaine Hammond |

Debtor in Possession JEFFERY LAYNE WYATT ("Debtor") hereby submits his Status Conference Statement:

1. Debtor filed the instant case on August 22, 2017.

2. On December 1, 2017, Debtor filed his first combined disclosure statement and plan.

3. On February 13, 2017, Debtor filed an amended combined disclosure and plan.

///

---

Status Conference Statement
*In re: Wyatt*

4. On February 20, 2018, Debtor filed his Third Amended Combined Plan of Reorganization and Disclosure Statement (the "Disclosure Statement").

5. On March 29, 2018, the Court issued its Order Tentatively Approving Disclosures in Combined Plan and Disclosure Statement (the "Order"). The Order tentatively approved the Disclosure Statement.

6. Debtor has not received any votes approving the Plan.

7. Debtor currently resides in a mixed-use building, with his (and his wife's) residence on the top floor, and two commercial spaces below the residence, located at 14598 Big Basin Way, Saratoga, California 95070 (the "Property").

8. Debtor, through the Disclosure Statement, intended to sell the bottom commercial units of the Property. With the proceeds from this sale, Debtor estimated that he could pay off most, if not all of his debts in this case.

9. The commercial units of the Property have yet to receive an offer. Debtor has recently reduced the prices for the units.

10. Debtor now intends to sell the building in full to pay off all the debts in this case. The main reason for this decision is that Debtor (who is a licensed real estate broker) believes that the building is better sold as one unit, rather than as particular pieces. In fact, it is his understanding that the building has only, since it was built, been sold as a complete unit, and not as separate parcels.

11. Debtor will be filing an amended combined disclosure statement and plan to address this change within the next two (2) weeks.

12. Debtor estimates that the building will be sold for a value that will pay off all debts in this case, and also allow Debtor to retain some funds for himself and his wife.

Dated: May 15, 2018     HENSHAW LAW OFFICE

/s/ David S. Henshaw
David S. Henshaw, Attorney for Debtor in Possession
JEFFERY LAYNE WYATT

___

Status Conference Statement
*In re: Wyatt*