David S. Henshaw SBN 271226
HENSHAW LAW OFFICE
1871 The Alameda
Suite 333
San Jose, CA 95126
(408) 533-1075
(408) 583-4016 Fax

Attorney for Debtor-in-Possession
JEFFERY LAYNE WYATT

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: | ) Case No. 17-52022 MEH |
| | ) |
| JEFFERY LAYNE WYATT, | ) Chapter 11 |
| | ) |
|   Debtor-in-Possession. | ) **NOTICE OF HEARING FOR** |
| | ) **TENTATIVE APPROVAL OF THIRD** |
| | ) **AMENDED DISCLOSURE** |
| | ) **STATEMENT** |
| | ) |
| | ) Date: June 14, 2018 |
| | ) Time: 10:30 a.m. |
| | ) Place: 280 S, First Street, Courtroom 3020 |
| | )       San Jose, CA 95112 |
| | ) |
| _____ | ) Judge: Honorable M. Elaine Hammond |

     To Debtor-in-Possession JEFFERY LAYNE WYATT ("Debtor"), his creditors, and all other parties in interest:

     A Fourth Amended Combined Plan of Reorganization and Disclosure Statement (June 2, 2018) under Chapter 11 of the Bankruptcy Code having been filed by Debtor through his attorney of record, David S. Henshaw, on June 2, 2018,

---

Notice of Hearing for Tentative Approval on Fourth Amended Disclosure Statement
*In re: Wyatt*

Notice is hereby given, that:

1. The hearing to consider the tentative approval of the disclosure statement shall be held at: 280 S. First Street, Courtroom 3020, San Jose, California 95113, on June 14, 2018, at 10:30 a.m.

2. The deadline for the filing of objections is 7 days prior to the hearing (June 7, 2018).

Dated: June 4, 2018                                HENSHAW LAW OFFICE


/s/ David S. Henshaw
David S. Henshaw, Attorney for
JEFFERY LAYNE WYATT, Debtor-in-Possession