# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re: ROSE COURT, LLC

Case No. **17-31014 HLB**

**CHAPTER 11**
**MONTHLY OPERATING REPORT**
**(SMALL REAL ESTATE/INDIVIDUAL CASE)**

## SUMMARY OF FINANCIAL STATUS

**MONTH ENDED:** 04/30/18   **PETITION DATE:** 10/10/17

1. Debtor in possession (or trustee) hereby submits this Monthly Operating Report on the Accrual Basis of accounting (or if checked here the Office of the U.S. Trustee or the Court has approved the Cash Basis of Accounting for the Debtor). Dollars reported in **$1**

| | End of Current Month | End of Prior Month | As of Petition Filing |
|---|---|---|---|
| 2. **Asset and Liability Structure** | | | |
| a. Current Assets | 30,977.22 | 38,409.47 | |
| b. Total Assets | 3,530,977.22 | 3,538,409.47 | 3,518,368.11 |
| c. Current Liabilities | 21,750.00 | 0.00 | |
| d. Total Liabilities | 4,197,820.00 | 4,202,803.33 | 4,176,070.00 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 3. **Statement of Cash Receipts & Disbursements for Month** | | | |
| a. Total Receipts | 4,853.59 | 21,608.33 | 64,610.48 |
| b. Total Disbursements | 12,285.84 | 10,942.81 | 46,674.43 |
| c. Excess (Deficiency) of Receipts Over Disbursements (a - b) | (7,432.25) | 10,665.52 | 17,936.05 |
| d. Cash Balance Beginning of Month | 38,409.47 | 27,743.95 | 8,118.11 |
| e. Cash Balance End of Month (c + d) | 30,977.22 | 38,409.47 | 26,054.16 |

| | Current Month | Prior Month | Cumulative (Case to Date) |
|---|---|---|---|
| 4. Profit/(Loss) from the Statement of Operations | N/A | N/A | N/A |
| 5. Account Receivables (Pre and Post Petition) | 0.00 | | |
| 6. Post-Petition Liabilities | 21750.00 | | |
| 7. Past Due Post-Petition Account Payables (over 30 days) | 0.00 | | |

| At the end of this reporting month: | Yes | No |
|---|---|---|
| 8. Have any payments been made on pre-petition debt, other than payments in the normal course to secured creditors or lessors? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 9. Have any payments been made to professionals? (if yes, attach listing including date of payment, amount of payment and name of payee) | | X |
| 10. If the answer is yes to 8 or 9, were all such payments approved by the court? | | N/A |
| 11. Have any payments been made to officers, insiders, shareholders, relatives? (if yes, attach listing including date of payment, amount and reason for payment, and name of payee) | | X |
| 12. Is the estate insured for replacement cost of assets and for general liability? | Y | |
| 13. Are a plan and disclosure statement on file? | | X |
| 14. Was there any post-petition borrowing during this reporting period? | | X |

15. Check if paid: Post-petition taxes **X** ;    U.S. Trustee Quarterly Fees **X** ; Check if filing is current for: Post-petition tax reporting and tax returns: **X** .

(Attach explanation, if post-petition taxes or U.S. Trustee Quarterly Fees are not paid current or if post-petition tax reporting and tax return filings are not current.)

I declare under penalty of perjury I have reviewed the above summary and attached financial statements, and after making reasonable inquiry believe these documents are correct. This declaration is subject to the Special Note on the Statement of Cash Receipts and Disbursements

Date: **5/23/2018**

/s/ Teri Nguyen on behalf of Rose Court, LLC
Responsible Individual

Revised 1/1/98

# BALANCE SHEET
### (Small Real Estate/Individual Case)
**For the Month Ended** ___04/30/18___

| | Assets | Check if<br>Exemption<br>Claimed on<br>Schedule C | Market Value |
|---|---|---|---|
| | **Current Assets** | | |
| 1 | Cash and cash equivalents (including bank accts., CDs, ets.) | X | $30,977.22 |
| 2 | Accounts receivable (net) | | |
| 3 | Retainer(s) paid to professionals | | |
| 4 | Other: _____ | | |
| 5 | _____ | | |
| 6 | **Total Current Assets** | | $30,977.22 |
| | **Long Term Assets (Market Value)** | | |
| 7 | Real Property (residential) | X | $3,500,000.00 |
| 8 | Real property (rental or commercial) | | |
| 9 | Furniture, Fixtures, and Equipment | | |
| 10 | Vehicles | | |
| 11 | Partnership interests | | |
| 12 | Interest in corportations | | |
| 13 | Stocks and bonds | | |
| 14 | Interests in IRA, Keogh, other retirement plans | | |
| 15 | Other: _____ | | |
| 16 | _____ | | |
| 17 | **Total Long Term Assets** | | $3,500,000.00 |
| 18 | **Total Assets** | | $3,530,977.22 |
| | **Liabilities** | | |
| | **Post-Petition Liabilities** | | |
| | **Current Liabilities** | | |
| 19 | Post-petition not delinquent (under 30 days) | | |
| 20 | Post-petition delinquent other than taxes (over 30 days) | | |
| 21 | Post-petition delinquent taxes | | |
| 22 | Accrued professional fees | | |
| 23 | Other: Deposit from Former Tenant | | $10,250.00 |
| 24 | Deposit from New Tenant | | $11,500.00 |
| 25 | **Total Current Liabilities** | | $21,750.00 |
| 26 | **Long-Term Post Petition Debt** | | |
| 27 | **Total Post-Petition Liabilities** | | $21,750.00 |
| | **Pre-Petition Liabilities (allowed amount)** | | |
| 28 | Secured claims (residence) | | $4,171,523.00 |
| 29 | Secured claims (other) | | |
| 30 | Priority unsecured claims | | $4,547.00 |
| 31 | General unsecured claims | | |
| 32 | **Total Pre-Petition Liabilities** | | $4,176,070.00 |
| 33 | **Total Liabilities** | | $4,197,820.00 |
| | **Equity (Deficit)** | | |
| 34 | **Total Equity (Deficit)** | | ($666,842.78) |
| 35 | **Total Liabilities and Equity (Deficit)** | | $3,530,977.22 |

NOTE:
Indicate the method used to estimate the market value of assets (e.g., appraisals; familiarity with comparable market prices, etc.) and the date the value was determined.

Revised 1/1/98

# SCHEDULES TO THE BALANCE SHEET ENDING 04/30/18

## Schedule A
### Rental Income Information

**List the Rental Information Requested Below By Properties (For Rental Properties Only)**

|   |   | Property 1 | Property 2 | Property 3 |
|---|---|---|---|---|
| 1 | Description of Property | 15520 Quito Rd. |  |  |
| 2 | Scheduled Gross Rents | 4,853.59 |  |  |
|   | Less: |  |  |  |
| 3 | Vacancy Factor |  |  |  |
| 4 | Free Rent Incentives |  |  |  |
| 5 | Other Adjustments |  |  |  |
| 6 | Total Deductions | 0.00 | $0 | $0 |
| 7 | Scheduled Net Rents | 4,853.59 | $0 | $0 |
| 8 | Less: Rents Receivable (2) |  |  |  |
| 9 | Scheduled Net Rents Collected (2) | 4,853.59 | $0 | $0 |

(2) To be completed by cash basis reporters only.

## Schedule B
### Recapitulation of Funds Held at End of Month

|   |   | Account 1 | Account 2 | Account 3 |
|---|---|---|---|---|
| 10 | Bank | Wells Fargo Bank |  |  |
| 11 | Account No. | ******5876 |  |  |
| 12 | Account Purpose | DIP (opened 11/08/17) |  |  |
| 13 | Balance, End of Month | $30,977.22 |  |  |
| 14 | Total Funds on Hand for all Accounts | $30,977.22 |  |  |

Attach copies of the month end bank statement(s), reconciliation(s), and the check register(s) to the Monthly Operating Report.

Revised 1/1/98

# STATEMENT OF CASH RECEIPTS AND DISBURSEMENTS
## Increase/(Decrease) in Cash and Cash Equivalents
### For the Month Ended _____04/30/18_____

| | | Actual Current Month | Cumulative (Case to Date) |
|---|---|---|---|
| | **Cash Receipts** | | |
| 1 | Rent/Leases Collected | 4,853.59 | 50,978.59 |
| 2 | Cash Received from Sales | | |
| 3 | Interest Received | | |
| 4 | Borrowings | | |
| 5 | Funds from Shareholders, Partners, or Other Insiders | | |
| 6 | Capital Contributions | | 2,131.89 |
| 7 | Depo | | |
| 8 | Deposit from New Tenant for Security Deposit | | 11,500.00 |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | **Total Cash Receipts** | 4,853.59 | 64,610.48 |
| | **Cash Disbursements** | | |
| 13 | Selling | | |
| 14 | Administrative  (US Trustee) | | 325.00 |
| 15 | Capital Expenditures | | |
| 16 | Principal Payments on Debt (APP) | 7,267.81 | 36,339.04 |
| 17 | Interest Paid | | |
| | Rent/Lease: | | |
| 18 | Personal Property | | |
| 19 | Real Property | | |
| | Amount Paid to Owner(s)/Officer(s) | | |
| 20 | Salaries | | |
| 21 | Draws | | |
| 22 | Commissions/Royalties | | |
| 23 | Expense Reimbursements | | |
| 24 | Other | | |
| 25 | Salaries/Commissions (less employee withholding) | | |
| 26 | Management Fees | | |
| | Taxes: | | |
| 27 | Employee Withholding | | |
| 28 | Employer Payroll Taxes | | |
| 29 | Real Property Taxes | | |
| 30 | Other Taxes | 800.00 | 1,702.02 |
| 31 | Other Cash Outflows: | | |
| 32 | Repairs (45.75+394.17+100+85+879.57) | 1,504.49 | 5,371.33 |
| 33 | Pest Control | 125.00 | 345.00 |
| 34 | Bank Fee | | 3.50 |
| 35 | Landscape (1,100 + 808.54) | 1,908.54 | 1,908.54 |
| 36 | Cleaning | 680.00 | 680.00 |
| 37 | **Total Cash Disbursements:** | 12,285.84 | 46,674.43 |
| 38 | **Net Increase (Decrease) in Cash** | -7,432.25 | 17,936.05 |
| 39 | **Cash Balance, Beginning of Period** | 38,409.47 | 38,409.47 |
| 40 | **Cash Balance, End of Period** | 30,977.22 | 30,977.22 |

Revised 1/1/98

# Wells Fargo Business Choice Checking



ROSE COURT LLC
DEBTOR IN POSSESSION
CHAPTER 11 CASE # 17-31014(NCA)
303 WEBSTER ST
SAN FRANCISCO CA 94117-3511

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Access complimentary resources and tools to help you create or revise your business plan - whether you're an experienced business owner or just starting out. Find out more at wellsfargoworks.com/plan.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 4/1 | $38,409.47 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 12,285.84 |
| **Ending balance on 4/30** | **$26,123.63** |
| Average ledger balance this period | $30,977.22 |

Account number: 5876

**ROSE COURT LLC**
**DEBTOR IN POSSESION**
**CHAPTER 11 CASE # 17-31014(NCA)**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

(114)
Sheet Seq = 0177388
Sheet 00001 of 00002



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 4/2 | 1017 | Check | | 500.00 | 37,909.47 |
| 4/6 | 1021 | Check | | 45.75 | |
| 4/6 | 1022 | Check | | 394.17 | 37,469.55 |
| 4/9 | 1024 | Check | | 100.00 | |
| 4/9 | 1023 | Check | | 125.00 | |
| 4/9 | 1018 | Check | | 7,267.81 | 29,976.74 |
| 4/16 | 1013 | Check | | 180.00 | 29,796.74 |
| 4/18 | 1020 | Check | | 808.54 | 28,988.20 |
| 4/23 | 1027 | Check | | 879.57 | |
| 4/23 | 1026 | Check | | 85.00 | 28,023.63 |
| 4/24 | 1029 | Check | | 1,100.00 | 26,923.63 |
| 4/26 | 1025 | Check | | 800.00 | 26,123.63 |
| **Ending balance on 4/30** | | | | | **26,123.63** |
| **Totals** | | | **$0.00** | **$12,285.84** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

**Summary of checks written**   *(checks listed are also displayed in the preceding Transaction history)*

| Number | Date | Amount | Number | Date | Amount | Number | Date | Amount |
|------|------|------|------|------|------|------|------|------|
| 1013 | 4/16 | 180.00 | 1021 | 4/6 | 45.75 | 1025 | 4/26 | 800.00 |
| 1017 * | 4/2 | 500.00 | 1022 | 4/6 | 394.17 | 1026 | 4/23 | 85.00 |
| 1018 | 4/9 | 7,267.81 | 1023 | 4/9 | 125.00 | 1027 | 4/23 | 879.57 |
| 1020 * | 4/18 | 808.54 | 1024 | 4/9 | 100.00 | 1029 * | 4/24 | 1,100.00 |

*\* Gap in check sequence.*

**Monthly service fee summary**

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 04/01/2018 - 04/30/2018 | Standard monthly service fee $14.00 | You paid $0.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $7,500.00 | $30,977.00 ☑ |
| · A qualifying transaction from a linked Wells Fargo Business Payroll Services account | 1 | 0 ☐ |
| · A qualifying transaction from a linked Wells Fargo Merchant Services account | 1 | 0 ☐ |
| · Total number of posted Wells Fargo Debit Card purchases and/or payments | 10 | 0 ☐ |
| · Enrollment in a linked Direct Pay service through Wells Fargo Business Online | 1 | 0 ☐ |
| · Combined balances in linked accounts, which may include | $10,000.00 | ☑ |
|    - Average ledger balances in business checking, savings, and time accounts | | |
|    - Most recent statement balance in eligible Wells Fargo business credit cards and lines of credit, and combined average daily balances from the previous month in eligible Wells Fargo business and commercial loans and lines of credit | | |
|    - For complete details on how you can avoid the monthly service fee based on your combined balances please refer to page 7 of the Business Account Fee and Information Schedule at www.wellsfargo.com/biz/fee-information | | |

wxwx

Case: 17-52022   Doc# 83   Filed: 06/05/18   Entered: 06/05/18 12:10:36   Page 6 of 20



## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 7,500 | 0 | 0.0030 | 0.00 |
| Transactions | 12 | 200 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

---

The following addendum to the "Rights and responsibilities" section of the Business Account Agreement is effective April 30, 2018:

What happens upon the death or incompetence of a business owner?

Sole Proprietors Only:
We may accept and comply with court orders and legal documents, and take direction from affiants or court appointed personal representatives, guardians, or conservators from your state of residence, even if different than where your account was opened except as otherwise required by applicable law or court order. We may require additional documentation be provided to us before complying with the directions given by affiants or court appointed personal representatives, guardians, or conservators. We reserve the right to require U.S. court documents for customers who reside outside of the U.S. at time of incompetence or death.

For Non-Sole Proprietors:
Upon notification to the bank of the death or incompetence of a business owner, the business entity will provide documentation evidencing any change in the ownership or control of the entity following applicable legal formalities.

---

As of June 15, 2018, linked credit accounts that are now closed will no longer count toward your eligible combined balances to avoid the monthly service fee for this account.



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement.
   - Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  | **Total amount** $ |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Check Details

| | |
|---|---|
| **Check Number** | 1013 |
| **Date Posted** | 04/16/18 |
| **Check Amount** | $180.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

| | |
|---|---|
| **Check Number** | 1017 |
| **Date Posted** | 04/02/18 |
| **Check Amount** | $500.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

## Check Details

| | |
|---|---|
| **Check Number** | 1018 |
| **Date Posted** | 04/09/18 |
| **Check Amount** | $7,267.81 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

| | |
|---|---|
| **Check Number** | 1020 |
| **Date Posted** | 04/18/18 |
| **Check Amount** | $808.54 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

# Check Details

| | |
|---|---|
| **Check Number** | 1021 |
| **Date Posted** | 04/06/18 |
| **Check Amount** | $45.75 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

☎ Equal Housing Lender

Skip to main content

## Check Details

| | |
|---|---|
| **Check Number** | 1022 |
| **Date Posted** | 04/06/18 |
| **Check Amount** | $394.17 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

| | |
|---|---|
| **Check Number** | 1023 |
| **Date Posted** | 04/09/18 |
| **Check Amount** | $125.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

Skip to main content

# Check Details

| | |
|---|---|
| **Check Number** | 1024 |
| **Date Posted** | 04/09/18 |
| **Check Amount** | $100.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏦 Equal Housing Lender

# Check Details

| | |
|---|---|
| **Check Number** | 1025 |
| **Date Posted** | 04/26/18 |
| **Check Amount** | $800.00 |



BR1279190818114X106101                                                      1025

**ROSE COURT LLC**
**DEBTOR IN POSSESION**
CHAPTER 11 CASE #17-31014 (NOA)
603 WEBSTER ST
SAN FRANCISCO, CA 94102

DATE Apr 15, 2018

PAY TO THE ORDER OF _Franchise Tax Board_ | $ 800.00

_Eight Hundred D_ 00/100 _____ DOLLARS

Wells Fargo Bank, N.A.
California
wellsfargo.com

FOR _Fed ID# 51-0486019_

For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

| | |
|---|---|
| **Check Number** | 1026 |
| **Date Posted** | 04/23/18 |
| **Check Amount** | $85.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender

# Check Details

| | |
|---|---|
| **Check Number** | 1027 |
| **Date Posted** | 04/23/18 |
| **Check Amount** | $879.57 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.

You can see full or partial fronts and backs of the images by using the link at the top of the window.

🏠 Equal Housing Lender

# Check Details

| | |
|---|---|
| **Check Number** | 1029 |
| **Date Posted** | 04/24/18 |
| **Check Amount** | $1,100.00 |



For your security, information like account numbers, signatures, and the ability to view the backs of checks have been removed from the images.
You can see full or partial fronts and backs of the images by using the link at the top of the window.

⌂ Equal Housing Lender