Theron S. Covey (SBN 246746)
tcovey@rasflaw.com
Sean C. Ferry (SBN 310347)
sferry@rasflaw.com
**ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**
7676 Hazard Center Drive, Suite 500
San Diego, CA 92108
Telephone: (470) 321-7112 ext. 181

Attorneys for Creditor
Nationstar Mortgage, LLC

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Jeffery Layne Wyatt,<br><br>        Debtor(s). | Case No. 17-52022<br><br>Chapter 11<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL – CASE REMAINS WITH SAME LAW FIRM** |

**TO THE COURT AND TO ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Nationstar Mortgage, LLC ("Creditor"), by and through undersigned counsel, files this Notice of Substitution of Counsel. The law firm of Robertson, Anschutz & Schneid, P.L. continues to represent Creditor, however, the attorney assigned to this case has changed as follows:

1. Attorney Theron S. Covey (State Bar No. 246746) of the law firm of Robertson, Anschutz & Schneid, P.L. shall be designated as attorney of record for Creditor in this matter.

2. Attorney Matthew R. Clark (State Bar No. 271054), who previously entered an appearance in this matter, is no longer with the law firm of Robertson, Anschutz & Schneid, P.L.

/././

/././

- 1 -
NOTICE OF SUBSTITUTION OF COUNSEL

3. All notices should now be directed to:

Robertson, Anschutz & Schneid, P.L.
Attn: Theron S. Covey
7676 Hazard Center Drive, Suite 500
San Diego, CA 92108
Telephone Number: (470) 321-7112, ext. 181
Email: tcovey@rasflaw.com

Dated: August 22, 2018  **ROBERTSON, ANSCHUTZ & SCHNEID, P.L.**

By: /s/ Theron S. Covey
Theron S. Covey
Attorney for Creditor

- 2 -
**NOTICE OF SUBSTITUTION OF COUNSEL**